IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 1:05cr47-LG-JMR-001

WALTER RAY SMITH

## AMENDED AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1) The guideline offense level in this case is reduced from 51 to 41 months;

(2) All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the 30th day of June, 2008.

/s/ Louis Guirola, Jr.
UNITED STATES DISTRICT JUDGE

AGREED:

/s/ John Meynardie
ASSISTANT U.S. ATTORNEY

/s/ George L. Lucas
DEFENSE COUNSEL